**26-UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

PHAROAH GERALD ASHLEY,                          Case No. 26-CV-201 (NEB/LIB)

        Petitioner,

v.                                                                              ORDER ACCEPTING
                                                                    REPORT AND RECOMMENDATION

TRACY BELTZ,

        Respondent.

---

A jury found Petitioner Pharoah Gerald Ashley guilty of possession of a firearm by an ineligible person; possession of ammunition by an ineligible person; second-degree assault with a dangerous weapon; and attempted second-degree murder. *State v. Ashley*, No. A23-1498, 2025 WL 2971549, at *1, *4 (Minn. Ct. App. Oct. 20, 2025). Ashley petitioned this Court for a writ of habeas corpus under 28 U.S.C. Section 2254, alleging that the state's failure to correct the false trial testimony of witness R.T. violated Ashley's due process rights. (ECF No. 6.) Later, in his reply, Ashley asserted three additional grounds for relief: (1) the curative instruction relating to R.T.'s outbursts in court was given too late, thus denying Ashley a fair trial under the Sixth Amendment; (2) the late disclosure of exculpatory evidence violated Ashley's due process rights; and (3) the cumulative effect of all these issues constitutes a denial of the right to a fair trial. (ECF No. 13 at 4–7.) In a Report and Recommendation, United States Magistrate Judge Leo I. Brisbois recommends denying Ashley's petition and dismissing the action with prejudice. (ECF No. 14 ("R&R").)

Because Ashley objects to the R&R (ECF No. 15), the Court reviews the R&R de novo. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Ashley proceeds pro se, so the Court construes his objections liberally. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam).

The Court has undertaken a de novo review and concludes that the analysis and conclusions in the R&R are correct. Therefore, based on all the files, records, and proceedings in this case, IT IS HEREBY ORDERED THAT:

1. Ashley's Objection (ECF No. 15) is OVERRULED;

2. The Report and Recommendation (ECF No. 14) is ACCEPTED;

3. The Amended Petition for Writ of Habeas Corpus (ECF No. 6) is DENIED;

4. The action is DISMISSED WITH PREJUDICE; and

5. No certificate of appealability be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 13, 2026                          BY THE COURT:

                                                s/Nancy E. Brasel
                                                Nancy E. Brasel
                                                United States District Judge